NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID ROJAS, DC #362996,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-2213
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

PER CURIAM.

　　　　　　Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.